IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSAR EL MUHAMMAD, S/C BENNETT,

    Plaintiff,

vs.

ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.

No. CIV S-05-0874 GEB DAD P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis. At the present time, the plaintiff is confined in Deuel Vocational Institution in Tracy, California. A review of plaintiff's complaint reveals that the claims arose while plaintiff was confined in the Santa Rita Jail in Alameda County. The defendants are the Alameda County Sheriff and a deputy sheriff.

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is


1 no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). In the interest
2 of justice, a federal court may transfer a complaint filed in the wrong district to the correct
3 district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
4     In this case, it does not appear that any defendant resides in the Eastern District of
5 California, and all of the claims arose in the Northern District of California. Therefore,
6 plaintiff's complaint should have been filed in the United States District Court for the Northern
7 District of California.
8     In the interest of justice, IT IS HEREBY ORDERED that this action is transferred
9 to the United States District Court for the Northern District of California for all further
10 proceedings.
11 DATED: May 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
muha0874.21